THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, #140252 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:08-CV-609-MHT |
| | ) | [WO] |
| JUDGE HENRY D. (BUTCH) BINFORD, | ) | |
| *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States

Magistrate Judge that this case be dismissed prior to service of process.  After a review of

the recommendation, to which the plaintiff has not objected, and after an independent and

de novo review of the entire record, the court believes that the recommendation should be

adopted.  An appropriate judgment will be entered.

DONE, this the 25th day  of August, 2008.


　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　UNITED STATES DISTRICT JUDGE