IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, #140252 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:08-CV-609-MHT |
| | ) | [WO] |
| JUDGE HENRY D. (BUTCH) BINFORD, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED as follows:

(1) The recommendation of the United States Magistrate Judge (Doc. #4) is adopted.

(2) The plaintiff's claims against defendant Henry D. (Butch) Binford, a judge, are dismissed with prejudice.

(3) In all other respects, the plaintiff's complaint is dismissed without prejudice.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of August, 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE